JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
DAVION KEEL,                    )    No. EDCV 10-1385-MMM(CW)
                               )
              Petitioner,      )    JUDGMENT
                               )
         v.                    )
                               )
WARDEN, SALINAS VALLEY STATE   )
PRISON,                        )
                               )
              Respondent.      )
_____)
```

    **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.


DATED:   January 14, 2015


_____
MARGARET M. MORROW
United States District Judge